ROBERT L. MEZZETTI II (SBN 114282)
Rob@mezzettilaw.com
MAUREEN PETTIBONE RYAN (SBN 245438)
Maureen@mezzettilaw.com
CHRISTOPHER R. MEZZETTI (SBN 282287)
Chris@mezzettilaw.com
MEZZETTI LAW FIRM, INC.
31 East Julian Street
San Jose, California 95112
Telephone (408) 279-8400
Facsimile (408) 279-8448

Attorneys for Plaintiff
JOANNE S. SILIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANNE S. SILIN,<br><br>　　Plaintiff,<br><br>v.<br><br>INSTANT POT, a Canadian company; AMAZON.COM LLC, a Delaware limited liability company; and DOES 1 through 99, inclusive,<br><br>　　Defendants. | Case Number: 5:18-cv-00781 BLF<br><br>STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)] AND ORDER OF DISMISSAL<br><br>Judge: Hon. Beth Labson Freeman<br><br>Complaint Filed: February 6, 2018<br>Trial Date: February 10, 2020 |

STIPULATION OF DISMISSAL　　　　　　　　　　　　　　　　　　　　　　　Case No. 5:18-cv-00781 BLF

1

Plaintiff Joanne S. Silin and Defendants Instant Brands, Inc. and Amazon.com, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: November 16, 2018  MEZETTI LAW FIRM, INC.

By: */s/ Robert L. Mezzetti, II*
    Robert L. Mezzetti, II
    Christopher R. Mezzetti
    Maureen Pettibone Ryan
    Attorneys for Plaintiff Joanne S. Silin

Dated: November 16, 2018  ALPER & McCULLOCH

By: */s/ Dean A. Alper*
    Dean A. Alper
    Attorney for Defendants Instant Brands, Inc. and Amazon.com, Inc.

DENTONS US LLP

Dated: November 16, 2018  By: */s/ Steven H. Frankel*
    Steven H. Frankel
    Attorney for Defendant Instant Brands, Inc.

## **CERTIFICATION**

I, Robert L. Mezzetti, II, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: November 16, 2018  By: */s/ Robert L. Mezzetti, II*
    Robert L. Mezzetti, II

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: _____, 2018

_____
Honorable Beth Labson Freeman